JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CIRIACO MENDOZA, | ) | No. SACV 13-6-AB (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN BRAZELTON, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice as to Grounds One, Three, and Four of the Petition, and without prejudice as to Grounds Two and Five.

DATED: January 26, 2015

ANDRÉ BIROTTE JR.
United States District Judge